# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| RELLA CHIARAPPA, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLI NUTRITION, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.<br>6:22-cv-428-WWB-GJK |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rella Chiarappa and Defendant Goli Nutrition, Inc. hereby stipulate to dismissal of this action with prejudice as to her individual claims and without prejudice to any other putative class member for *Chiarappa v. Goli Nutrition, Inc.*, Case No. 6:22-cv-428-WWB-GJK, with all parties to this stipulation to bear their own fees and costs.

DATED: April 11, 2022

s/*William C. Wright*
WILLIAM WRIGHT
Florida Bar No. 138861
The Wright Law Office
Email: willwright@wrightlawoffice.com
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33410
Telephone: (561) 514-0904

Attorneys for Plaintiff
RELLA CHIARAPPA

        *s/John F. Lauro*
        JOHN F. LAURO, ESQ.
        Florida Bar No. 794074
        Lauro Law Firm
        Email: jlauro@laurolawfirm.com
        400 N. Tampa Street, 15th Floor
        Tampa, FL 33602
        Telephone: (813) 222-8990
        Facsimile: (813) 222-8991

        Attorneys for Defendant
        GOLI NUTRITION, INC.


SO ORDERED: _____ April \_\_\_\_, 2022
                United States District Judge Wendy W. Berger


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on this 11th day of April 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will serve a notice of electronic filing to all counsel of record.

        /s/*William Wright*
        William Wright